IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
  ) CASE NO. 20 B 15769
Michelle L. Espino
  ) HON. Timothy A. Barnes
  ) CHAPTER 7
DEBTOR. )

## NOTICE OF MOTION

TO: The University of Wisconsin-Milwaukee, Office of the General Counsel at University of Wisconsin, Matthew J. Lind, 1842 Van Hise Hall, 1220 Linden Drive, Madison, WI 53706 (via U.S. Mail)

Mark Mone, Chancellor for University of Wisconsin-Milwaukee, Chapman Hall 202m 2310 East Hartford Avenue, P.O. Box 413, Milwaukee, WI 53201 (via U.S. Mail)

Josh Kaul, Attorney General, Wisconsin Office of the Attorney General, P.O. Box 7857, Madison, WI 53707-7857 (via U.S. Mail)

Wisconsin Department of Justice, 17 West Main, P.O. Box 7857, Madison, WI 53703 (via U.S. Mail)

University of Wisconsin-Milwaukee Accounts Receivables MIT 295, P.O. Box 413 Milwaukee, WI 53201 (via U.S. Mail)

Ronald R. Peterson, Jenner and Block LLP, 353 North Clark Street, Chicago, IL 60654 (via electronic notice);

Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873 Chicago, IL 60604; (via electronic notice)

See attached notice of creditors

Please take notice that on August 9, 2021, at 1:00 pm, I shall appear before the HONORABLE Timothy A. Barnes or before any judge sitting in his place and present the attached Motion, a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditors via electronic notice or to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on August 2, 2021

  /s/ *Michael Miller*
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-256-8728

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-15769<br>Northern District of Illinois<br>Eastern Division<br>Mon Aug  2 09:09:07 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ad Astra Recovery Serv<br>7330 W 33rd St N Ste 118<br>Wichita, KS 67205-9370 |
| Advocate Health Care<br>P.O. Box 4253<br>Carol Stream, IL 60197-4253 | (p)ALLIANCE COLLECTION AGENCIES   INC<br>ATTN CLIENT SERVICES DEPARTMENT<br>3916 S BUSINESS PARK AVE<br>MARSHFIELD WI 54449-9029 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Ashley Marie Sanfilippo<br>2400 Devon<br>Suit 300<br>Des Plaines, IL 60018-4600 | At&T Mobility<br>One AT&T Way, Room 3A 104<br>Bedminster, NJ 07921-2693 | Bruck Law Offices, S.c<br>322 E. Michigan St<br>6th Fl<br>Milwaukee, WI 53202-5012 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cb/Boston<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| City Of Chicago - Parking And Red Light<br>Department Of Revenue - P.O. Box 88292<br>Chicago, IL 60680 | Comed<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Credit Collection Serv<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Creditbox.com<br>P.O. Box 168<br>Des Plaines, IL 60016-0003 | Deborah Bruck<br>662 S 94th Place<br>Milwaukee, WI 53214-1205 | Devoe Realty<br>1125 Marion Ave<br>S Milwaukee, WI 53172-3144 |
| Diversified<br>Po Box 1391<br>Southgate, MI 48195-0391 | Educators Cu/Glelsi<br>P.O. Box 7860<br>Madison, WI 53707-7860 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Franklin Fin<br>6001 W Capitol Drive 2nd Floor<br>Milwaukee, WI 53216-2155 | Glelsi/Nelnet<br>PO BOX 7860<br>MADISON, WI 53707-7860 | Gm Financial<br>801 Cherry St Ste 3900<br>Fort Worth, TX 76102-6839 |
| Harris & Harris Ltd<br>111 West Jackson Boulevard Suite 400<br>Chicago, IL 60604-4135 | Il Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | KBCO Investment Inc. c/o John Riley<br>2333 Misty Lane<br>Waukesha, WI 53186-1603 |
| Majr Financl<br>7951 W Mississippi Suite B<br>Lakewood, CO 80226-4358 | Nelnet Lns<br>3015 S Parker Rd Suite 400<br>Aurora, CO 80014-2904 | Nlnet/Glelsi<br>2401 International Pob 7859<br>Madison, WI 53707-7859 |

| | | |
|---|---|---|
| Peoples Gas<br>200 E. Randolph<br>Chicago, IL 60601-6302 | University Of Wisconsin - Milwaukee<br>3203 N. Downer Ave<br>Mitchell Hall #295<br>Milwaukee, WI 53211-3153 | University of Wisconsin - Madison<br>329 Union South, 1308 W Dayton Street<br>Madison, WI 53715 |
| Us Dept Of Ed/Glelsi<br>2401 Internal Lane<br>Attn: Chhengre Lim<br>Madison, WI 53704-3121 | We Energies<br>1519 N. 48th<br>Milwaukee, WI 53208-2246 | Webbank/Fingerhut<br>Po Box 166<br>Newark, NJ 07101-0166 |
| Wells Fargo<br>P.O. Box 48724<br>Kansas City, MO 64188 | Wi Electric<br>333 W Everett Pob 2046<br>Milwaukee, WI 53201-2046 | Wisconsin Department Of Revenue<br>Po Box 8901<br>Madison, WI 53708-8901 |
| Janna L Quarless<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Megan Swenson<br>The Semrad Law Firm, LLC<br>20 S. Clark 28th Floor<br>Chicago, IL 60603-1811 | Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 |
| Michelle L Espino<br>1818 Brookside Ave.<br>Waukegan, IL 60085-3508 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ronald R Peterson<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-5474 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection Ag<br>3916 S Business Park Ave<br>Marshfield, WI 54449 | Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | Caine Weiner<br>PO BOX 55848<br>SHERMAN OAKS, CA 91413 |
| Capital One Bank Usa<br>PO Box 85520<br>Richmond, VA 23285 | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    0<br>Total                    44 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | CASE NO. 20 B 15769 |
| Michelle L. Espino | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## DEBTOR'S MOTION TO REOPEN CASE

NOW COMES the debtor, Michelle L. Espino by and through debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to enter an Order to reopen this case and in support thereof the debtor states as follows:

1. That the debtor Michelle L. Espino ("Ms. Espino") filed a petition for relief pursuant to Chapter 7 Title 11 U.S.C. on August 18, 2020.

2. Ms. Espino properly listed a debt owed to University of Wisconsin-Milwaukee ("UW-Milwaukee") on her Schedule F for unpaid tuition who received notice of the underlying case. *See* Bankruptcy Docket 1 at p. 33.

3. Ms. Espino received her discharge on November 18, 2020, and UW-Milwaukee received notice of said discharge.

4. Ms. Espino's case closed on November 23, 2020.

5. On January 7, 2021, despite having notice of Ms. Espino's discharge injunction, UW-Milwaukee used The Wisconsin Department of Revenue as its agent to attempt to collect on its discharged debt by mailing a collection bill

to her. *See* Exhibit A.

6. Debtor's counsel corresponded with legal counsel attorney Matthew J. Lind at UW-Milwaukee in an attempt to stop said collection of its debt, and reached an impasse on whether the debt is a non-dischargeable student loan under Section 523(a)(8)(a)(i), or a dischargeable debt for tuition.

7. Once again on July 7, 2021, UW-Milwaukee used The Wisconsin Department of Revenue as its agent to attempt to collect on its discharged debt by mailing a collection bill to her. *See* Exhibit B.

8. Ms. Espino seeks to reopen the above-captioned case to file a motion for sanctions for violation of the discharge order under § 524 within the next fourteen days.

9. Section 350(b) authorizes this Court to reopen a case to accord relief to the debtor, or for other cause.

10. Per the Court's Schedule of Fees dated December 1, 2020, the reopening fee must not be charged if a debtor filed a motion to reopen a case based upon an alleged violation of the terms of the discharge under 11 U.S.C. § 524.

11. WHEREFORE, the Debtor, Michelle L. Espino respectfully requests that this Honorable Court to enter an Order reopening the Chapter 7 case to allow Ms. Espino to file and prosecute an action against UW-Milwaukee for violation of the discharge injunction, and for such other relief.

Respectfully Submitted,

 /s/ *Michael Miller*

Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-256-8728
mmiller@semradlaw.com